LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
Law Office of Lisa Rasmussen
601 S. Tenth Street, Suite 100
Las Vegas, NV 89101
(702) 471-1436 | Fax (702) 489-6619
Lisa@LRasmussenLaw.com

Attorney for Barbara Forbes

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA FORBES,<br><br>    Defendant. | Case No.: 2:19-CR-241 JAD<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT HEARING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, through Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Lisa Rasmussen, counsel for Barbara Forbes that Ms. Forbes initial appearance and her arraignment may be continued from October 2, 2019 to October 7, 2019. This stipulation is based upon the following:

1. This case was originally scheduled for an initial appearance on September 25, 2019. Ms. Forbes was previously represented by Daniel Albregts (in this case prior to her indictment). Due to this conflict, the initial appearance was rescheduled to October 2, 2019 before Magistrate Weksler.

2. Ms. Forbes had out of town business travel planned to Grand Junction, Colorado from September 29, 2019 to October 3, 2019. This is where one of her business is located and she had planned an inventory and had non-refundable tickets.

STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT HEARING(FIRST REQUEST) - 1

3. Counsel for Ms. Forbes asked the government if the hearing could be moved to October 4, 2019, but the government is not available on that date.

4. The parties are both available, as is Ms. Forbes, on October 7, 2019 and they stipulate to move the hearing to that date.

5. This necessitates moving the hearing to a different magistrate, Magistrate Koppe, due to the "duty week" designations.

6. Ms. Forbes has completed her interview with Pretrial Services in order to prepare for the hearing.

IT IS SO STIPULATED.

Dated this 30th day of September, 2019.

**LAW OFFICE OF LISA RASMUSSEN,**

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Barbara Forbes

**NICHOLAS TRUTANICH**
**United States Attorney**

*/s/ Jamie Mickelson*
_____
By: Jamie Mickelson, AUSA
Counsel for the United States

. . .
. . .
. . .
. . .
. . .
. . .
. . .
, , ,
. . .

STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT HEARING(FIRST REQUEST) - 2

# ORDER

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the initial appearance, arraignment and plea hearing shall be moved from October 2, 2019 before the undersigined, to October 7, 2019 at 2:30 p.m., before the Honorable Nancy J. Koppe.

DATED: October 2, 2019

_____
The Honorable Brenda Weksler
United States Magistrate Judge

STIPULATION TO CONTINUE INITIAL APPEARANCE AND ARRAIGNMENT HEARING(FIRST REQUEST) - 3