Lisa A. Rasmussen, Esq.
NV Bar No. 7491
**The Law Offices of Kristina Wildeveld & Associates**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
(702) 222-0007 | Fax (702) 222-0001
Lisa@Veldlaw.com

Attorney for Barbara Forbes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA FORBES,<br><br>    Defendant. | Case No.: 2:19-CR-241 JAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (First Request)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, through Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Lisa Rasmussen, counsel for Barbara Forbes that Ms. Forbes sentencing hearing be continued from its presently scheduled date of May 11, 2020 to a future date not less than 60 days. The basis for this stipulation is as follows:

    1.    The COVID-19 pandemic and this Court's general orders prevent the parties from appearing in person for sentencing.

    2.    Defense counsel is of the opinion that an in-person sentencing hearing is appropriate as there have not been any hearings in this matter, nor has there been any litigation and defense counsel believes it is important that the sentencing hearing, the singularly most important event in Ms. Forbes' case, ought to be conducted in a courtroom where the court can be face to face with Ms. Forbes.

STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST) - 1

3.      Ms. Forbes has sent funds to pay the substantial restitution in this case and those funds should be received by the clerk's office of this Court within the next two business days if they are not received today.

4.      Ms. Forbes needs to either divest of her sole remaining pawn shop, located in Grand Junction, Colorado, prior to sentencing, or, she needs to divest of the firearm inventory therein and surrender her federal firearms license (FFL) prior to sentencing. Ms. Forbes had an action plan to accomplish all of this prior to the May 11, 2020 sentencing date by selling the business, all of which has been substantially thwarted by the COVID-19 pandemic and the proposed purchaser of the business is no longer able to purchase the business. Defense counsel is working with Ms. Forbes to otherwise accomplish the necessary goals of no FFL

5.      The government is not opposed to this request to continue the sentencing hearing.

6.      This stipulation is not made for the purpose of delay, rather, it is made because the COVID-19 pandemic has created a situation that makes the continuance necessary and appropriate. This is the first request to continue the sentencing date.

IT IS SO STIPULATED.

Dated this 1st day of May 2020.

**LAW OFFICE OF LISA RASMUSSEN,**

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Counsel for Barbara Forbes


**NICHOLAS TRUTANICH**
**United States Attorney**

/s/ Jamie Mickelson
_____
By: Jamie Mickelson, AUSA
Counsel for the United States

STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST) - 2

**ORDER**

Upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for May 11, 2020 shall be continued to July 20, 2020, at the hour of 9:00 a.m.

DATED: 5/4/2020

_____
The Honorable Jennifer A. Dorsey
United States District Judge

STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST) - 3