# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Barbara Doutt Forbes,

    Defendant

Case No.: 2:19-cr-00241-JAD-NJK

**Order Directing Disbursement of Funds**

On February 3, 2020, defendant Barbara Doutt Forbes entered a plea of guilty to tax evasion in which the Court accepted her guilty plea. In the parties' plea agreement, the defendant agreed to pay restitution in the amount of $281,388.00 payable to the IRS. Defendant Forbes now wishes to pay the restitution in full prior to being sentenced. The Clerk's Office has since received the check.

IT IS HEREBY ORDERED that the Clerk of Court disburse the restitution in the amount of $281,388.00 payable to the IRS immediately.

DATED: May 29, 2020.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE