**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rchonfeld@cslawoffice.net
Attorney for Defendant, Barbara Forbes

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CASE NO. 2:19-cr-241-JAD<br>) |
| v. | ) ECF No. 35<br>) |
| BARBARA FORBES, | )<br>) |
| Defendant. | )<br>) |

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **JAMIE MICKELSON**, Assistant United States Attorney, counsel for the United States of America, and **RICHARD A. SCHONFELD, ESQ.,** counsel for Defendant, **BARBARA FORBES**, that the Sentencing date in the above-captioned matter, currently scheduled for Monday, July 20, 2020, at the hour of 9:00 a.m., be vacated and continued to Monday, September 21, 2020, or a date thereafter.

This stipulation is entered into for the following reasons:

1.      While counsel for the Defendant was recently retained for purposes of sentencing, it had already been contemplated between prior counsel and the government that a 30 day continuance of the sentencing would be sought;

2. Counsel for Defendant, Barbara Forbes just filed his Substitution of Attorney and is seeking a 60 day continuance of the sentencing, rather than 30 days, so that he can adequately prepare a sentencing memorandum for the Court;

3. Jamie Mickelson, AUSA has agreed to this request; and

4. The Defendant is out of custody and doesn't object to the continuance.

**DATED** this 15th day of July, 2020.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Jamie Mickelson* | */s/ Richard A. Schonfeld* |
| **JAMIE MICKELSON, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Tel.: [702] 388-6336 | Las Vegas, Nevada 89101 |
| | Tel.: [702] 384-5563 |

## ORDER

**IT IS THEREFORE ORDERED** that the Sentencing date currently scheduled for July 20, 2020 at the hour of 9:00 a.m., be vacated and continued to October 5, 2020, at 10:00 a.m.

**DATED** this 16th day of July, 2020.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**