**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for Defendant, *BARBARA FORBES*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:19-cr-241-JAD-NJK |
| BARBARA FORBES, ) | STIPULATION AND <u>ORDER TO TRAVEL</u> |
| Defendant, ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH**, United States Attorney, by **JAMIE MICKELSON**, Assistant United States Attorney, and **RICHARD A. SCHONFELD, ESQ.**, attorney for Defendant, **BARBARA FORBES**, that Defendant Barbara Forbes be permitted to travel to Ohio from approximately November 24, 2020 through November 29, 2020 to visit with her family (2 brothers and 2 sisters) for the Thanksgiving holiday.

**DATED** this 23 day of October, 2020.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Jamie Mickelson* | */s/ Richard A. Schonfeld* |
| **JAMIE MICKELSON, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd S | Nevada Bar No. 6815 |
| Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant |

1

**ORDER**

Based upon the foregoing stipulation, and with good cause appearing:

**IT IS HEREBY ORDERED** that Defendant Barbara Forbes be permitted to travel to Ohio from November 24, 2020 through November 29, 2020, for the purpose of visiting her family (2 brothers and 2 sisters) for the Thanksgiving holiday.

**IT IS SO ORDERED.**

**DATED** this 26th day of October, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**