**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Attorneys for Defendant
**BARBARA FORBES**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BARBARA FORBES, <br><br>　　　　Defendant. | CASE NO. 2:19-cr-241-JAD <br><br>**STIPULATION AND ORDER FOR RETURN OF DEFENDANT'S PASSPORT** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Kimberly Sokolich, Assistant United States Attorney, counsel for United States of America, and Richard A. Schonfeld, Esq., counsel for Defendant Barbara Forbes, that Defendant Barbara Forbes's United States passport be returned to her from pre-trial services.

Dated this 25th day of January, 2023.

| | |
|---|---|
| /s/ Kimberly Sokolich | /s/ Richard A. Schonfeld |
| **KIMBERLY SOKOLICH, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| Assistant United States Attorney | Nevada Bar No. 6815 |
| 333 Las Vegas Blvd. South, Suite 5000 | 520 S. Fourth Street, 2nd Floor |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |

1

# ORDER

Based upon the foregoing Stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Barbara Forbes's United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial services shall return Ms. Barbara Forbes's passport to Ms. Forbes.

**IT IS SO ORDERED**.

Dated this 1st day of February, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted:

    /s/
_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101